SUSAN HEANEY HILDEN, ESQ., Bar # 5358
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
Telephone:   775.348.4888
Fax No.:     775.786.0127

Attorneys for Defendants
HARRAH'S IMPERIAL PALACE CORP. dba IMPERIAL PALACE HOTEL AND CASINO; 3535 LV CORP. dba IMPERIAL PALACE HOTEL AND CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMON A. CASTILLO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S IMPERIAL PALACE CORP. dba IMPERIAL PALACE HOTEL AND CASINO; 3535 LV CORP. dba IMPERIAL PALACE HOTEL AND CASINO,<br><br>Defendants. | Case No. 2:12-cv-01806-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff Ramon A. Castillo, Jr., and Defendants Harrah's Imperial Palace Corp. dba Imperial Palace Hotel and Casino  and 3535 LV Corp. dba  Imperial Palace Hotel and Casino  ("Defendants"),  by and through their designated

///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

1  counsel of record, that this case and each and every cause of action be dismissed in its
2  entirety against Defendants, with prejudice, with each party to bear their own costs and
3  attorneys' fees.
4
5  Dated: February __, 2013.          LITTLER MENDELSON
6
7                                      By: _____
                                        SUSAN HEANEY HILDEN, ESQ.
8                                       Attorneys for Defendants
9
10
11 Dated: February 19, 2013.          PARKER SCHEER LAGOMARSINO
12
13                                      By: _____
                                        ANDRE M. LAGOMARSINO, ESQ.
14                                      Attorneys for Plaintiff
15
16 **IT IS SO ORDERED** this __19th__ day of __February__, 2013.
17
18  _____
19 **DISTRICT COURT JUDGE**
20  Firmwide:118382424.1 013234.2376
21
22
23
24
25
26
27
28

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888