1  SUSAN HEANEY HILDEN, ESQ., Bar # 5358
   LITTLER MENDELSON, P.C.
2  50 West Liberty Street
   Suite 400
3  Reno, NV  89501.1944
   Telephone:   775.348.4888
4  Fax No.:     775.786.0127

5  Attorneys for Defendants
   HARRAH'S IMPERIAL PALACE CORP. dba IMPERIAL PALACE
6  HOTEL AND CASINO; 3535 LV CORP. dba IMPERIAL PALACE
   HOTEL AND CASINO
7

8                     UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 RAMON A. CASTILLO, JR.,

12            Plaintiff,                Case No. 2:12-cv-01806-MMD-PAL

13 vs.                                  **STIPULATION AND ORDER FOR
                                        DISMISSAL WITH PREJUDICE**
14 HARRAH'S IMPERIAL PALACE CORP.
   dba IMPERIAL PALACE HOTEL AND
15 CASINO; 3535 LV CORP.  dba
   IMPERIAL PALACE HOTEL AND
16 CASINO,

17            Defendants.

18

19       IT IS HEREBY STIPULATED between Plaintiff Ramon A. Castillo, Jr., and Defendants

20 Harrah's Imperial Palace Corp. dba Imperial Palace Hotel and Casino  and 3535 LV Corp.

21 dba  Imperial Palace Hotel and Casino  ("Defendants"),  by and through their designated

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

TTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

counsel of record, that this case and each and every cause of action be dismissed in its entirety against Defendants, with prejudice, with each party to bear their own costs and attorneys' fees.

Dated: February __, 2013.   LITTLER MENDELSON

By: _____
SUSAN HEANEY HILDEN, ESQ.

Attorneys for Defendants

Dated: February 19, 2013.   PARKER SCHEER LAGOMARSINO

By: _____
ANDRE M. LAGOMARSINO, ESQ.

Attorneys for Plaintiff

**IT IS SO ORDERED this** 19th **day of** February , **2013.**

_____
**DISTRICT COURT JUDGE**

Firmwide:118382424.1 013234.2376

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888